**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-2193**

———————

JESSIE ROYSTER,

Plaintiff - Appellant,

versus

NHP MANAGEMENT COMPANY; APARTMENT INVESTMENT &
MANAGEMENT COMPANY,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson E. Legg, District Judge.  (CA-00-
290-L)

———————

Submitted:  April 30, 2002          Decided:  May 16, 2002

———————

Before WILKINSON, Chief Judge, and WILKINS and NIEMEYER, Circuit
Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Edith A. Lawson-Jackson, E. A. LAWSON-JACKSON & ASSOCIATES, Bowie,
Maryland, for Appellant.  Jonathan W. Greenbaum, Adrian V. Nelson,
II, Gina Janeiro Lisher, MINTZ, LEVIN, COHN, FERRIS, GLOVSKY &
POPEO, P.C., Washington, D.C., for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jessie Royster appeals the district court's order granting summary judgment to Defendants in this action brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, and 42 U.S.C.A. § 1981 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Royster v. NHP Management Co., No. CA-00-290-L (D. Md. Sept. 13, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2